IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>            v.<br><br>ROBERT OLIVER BROOKS,<br><br>                              Defendant. | Case No. 3:18-cr-00629-HZ<br><br>**ORDER GRANTING MOTION TO REDUCE SENTENCE** |

HERNÁNDEZ, District Judge:

  This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective today.

  The Court therefore GRANTS the Joint Motion to Reduce Sentence.

Page 1   ORDER GRANTING MOTION TO REDUCE SENTENCE

IT IS HEREBY ORDERED that Defendant's sentence is reduced to time-served effective and shall be effective 10 days from the entry of the amended judgment. Upon release, defendant shall travel to the Northwest Regional Reentry Center.

IT IS HEREBY ORDERED that Defendant's supervised release conditions are amended to include a requirement that defendant remain at the Northwest Regional Reentry Center for a period of not less than six months upon release.

An amended judgment and commitment shall be prepared and entered forthwith in accordance with this decision.

Dated this __18__ day of October 2021.

_____
Hon. Marco A. Hernández
Chief Judge, United States District Court